## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

FIRST PROPERTY HOLDINGS, LLC
d/b/a RIZE, a Michigan limited liability
company, and THE FIRE STATION, LLC,
a Michigan limited liability company,

                    Plaintiffs,

v

CITY OF MENOMINEE, a Michigan municipal
corporation, O.I HOLDINGS, LLC, A Michigan
limited liability company, HIGHER LOVE
CORPORATION, INC., a Michigan  corporation,
HIGHWIRE FARMS, LLC, a Michigan limited
liability company, NU GROUP, LLC, a Michigan
limited liability company, and ROCKY NORTH,
LLC, a Michigan limited liability company.

                    Defendants,

Case No. 23-
Hon.

---

## **EXHIBIT LIST**

1. October 6, 2020 Marihuana Establishments Ordinance

2. Scoring Rubric

3. Settlement Agreement and Release

4. Settlement Ordinance, adopted 06/29/2023

5. Proposed new ordinance - scheduled for a vote on August 21, 2023