# EXHIBIT 2

### CITY OF MENOMINEE APPLICATION SCORING RUBRIC

PURSUANT TO MENOMINEE CODE OF ORDINANCE, XXXX, LICENSES ISSUED WILL BE PROCESSED THROUGH A MERIT BASED REVIEW SCORING SYSTEM. A CITY STAFFED SELECTION COMMITTEE WILL RELY ON A WEIGHTED SCORING RUBRIC TO EVALUATE EACH APPLICATION. THE TOTAL POSSIBLE POINTS FOR AN INDIVIDUAL APPLICANT IS ____. ONCE SCORED, THE APPLICATIONS WILL BE RANKED FROM HIGHEST TO LOWEST. THE DECISION OF THE SELECTION COMMITTEE WITH RESPECT TO SCORING SHALL BE FINAL AND NOT SUBJECT TO APPEAL OR REVIEW. THE CITY COUNCIL RESERVES THE RIGHT TO GRANT OR DENY LICENSES REGARDLESS OF SCORING RANK

Note to Applicants: All licensees will be required to be in full compliance with the requirements for license set forth in the Ordinance No. xxx prior to issuance of a license.

Instructions: Each of the below-listed criteria will be reviewed separately, independent of any other related criteria. EXAMPLE: Applicant with 7-years business experience will receive Yes -1 for "More than 2-years experience" and Yes - 2 for "More than 6-years experience."

Applicant: _____

Date of Consideration: ____/____/_____

| Section 1 - Qualification of the Applicant "Applicant" means an individual applicant or a person with an ownership interest of at least 25% if the Applicant is a company, corporation, or partnership | | | |
|---|---|---|---|
| | Yes | No | Total |
| Applicant demonstrates experience with owning operating and/or managing business in highly regulated industry (min. one year). 'Highly regulated' means subject to regulation by LARA, or a similar regulatory agency (federal or another state), excluding businesses licensed by the Michigan Marihuana Regulatory Agency or similar regulatory marihuana regulatory agency of another state | 2 | 0 | |
| Applicant demonstrates a history of owning/operating/managing a business licensed by the Michigan Marihuana Regulatory Agency or a similar regulatory agency of another state - More than 1 year but less than 3 years experience | 5 | 0 | |
| Applicant demonstrates a history of owning/operating/managing a business licensed by the Michigan Marihuana Regulatory Agency or a similar regulatory agency of another state - More than 3 years experience | 5 | 0 | |
| **12 Total Possible Points** | | | |

| Section 2 - Ability to Operate | | | |
|---|---|---|---|
| **Section 2a - Business Plan** | Yes | No | Total |
| Applicant presents a detailed description of estimated capital investment of real and/or personal property of at least: | | | |
|     Less than $500,000 | 0 | 0 | |
|     At least $500,000 but less than $750,000 | 1 | 0 | |
|     At least $750,000 but less than $1,000,000 | 1 | 0 | |
|     At least $1,000,000 but less than $1,500,000 | 1 | 0 | |
|     Over $1,500,000 | 3 | | |
| Applicant business plan included a daily operations schedule showing hours of operations, etc. | 0 | -2 | |
| Applicant presents a proposed staffing plan complete with descriptions of duties, proposed wages and employee qualifications/hiring criteria | 1 | -2 | |
| Applicant presents a documented employee policy book and code of ethics to ensure honesty and integrity of employees | 0 | -2 | |
| Applicant presents a sworn attestation that Applicant, parties with 25% or more interest in the company, has not been subject to any civil monetary judgments entered against it in the last seven years, excluding family law matters or estate disputes. | 0 | -1 | |

| | | | |
|---|---|---|---|
| Applicant presents a sworn attestation that Applicant, parties with 25% or more interest in the company, has not filed for bankruptcy protection within the last seven years | 0 | -1 | |
| **Section 2b - Security Plan** | | | |
| Applicant presents a plan to deter and prevent unauthorized entrance into the facility | 1 | -3 | |
| Applicant presents a plan to deter and prevent theft and diversion of licensed product | 2 | -3 | |
| Applicant presents a plan for 24/7 video surveillance, both inside and outside of the facility that includes capabilities to record and store footage for a minimum of 60-days | 1 | -3 | |
| Applicant presents a plan for secure storage of marihuana product and proceeds from the sale thereof | 1 | -5 | |
| Applicant presents a detailed plan for recordkeeping and inventory management | 1 | -1 | |
| Applicant presents a plan that included a security system in place to alert owner and police of possible tampering with the facility or its contents | 1 | 0 | |
| **14 Total Possible Points and 23 Possible Deductions** | | | |
| | | | |
| **Section 3 - Economic Impact of Job Creation & Staffing Plan** | **Yes** | **No** | **Total** |
| FTE Job Creation | | | |
|     Minimum of 5 FTEs | 1 | 0 | |
|     >5 < 15 FTEs | 2 | 0 | |
|     > 15 FTEs | 3 | 0 | |
| Applicant proposes a living wage (at least 200% of the Federal Poverty Level for a family of two, at its hourly basis) to all employees | 2 | 0 | |
| Applicant offers a benefits package in addition to wages or salary | 3 | 0 | |
| **11 Total Possible Points** | | | |
| | **Yes** | **No** | **Total** |
| **Section 4 - Economic Impact** | | | |
| Applicant proposes to use currently-existing building or structure | 3 | 0 | |
| Applicant commits to physical improvements to exterior of currently existing building and property (landscaping, etc.) | 3 | 0 | |
| Applicant proposes to construct a new facility | 4 | 0 | |
| Applicant submits a traffic flow design for employee, customer access to the property | 1 | 0 | |
| Applicant submits maintenance plan that provides for upkeep of property, including exterior and the right-of-way | 0 | -2 | |
| **11 Total Possible Points and 2 Possible Deductions** | | | |
| | **Yes** | **No** | **Total** |
| **Section 5 - Applicant in Good Standing** | | | |
| Applicant has no zoning violations or open or prior building safety violations in the City of Menominee or in any other municipality or township where Applicant conducts business operations | 0 | -2 | |
| Applicant has no past due bill or tax liens with the City of Menominee or Menominee County or in any other municipality, county, or township where Applicant conducts business operations | 0 | -2 | |
| Applicant has no state or federal tax liens filed against Applicant for delinquent withholding taxes in the past 3 years | 0 | -2 | |
| Applicant has no ordinance or state law health department violations or zoning ordinance violations within the past 3 years | 0 | -2 | |
| **0 Total Possible Points and 8 Possible Deductions** | | | |
| | **Yes** | **No** | **Total** |
| **Section 6 - Status of State of Michigan Licensure** | | | |
| Applicant has received license pre-approval from the State of Michigan MRA | 2 | 0 | |
| **2 Total Possible Point** | | | |
| | **Total Possible Points** | **Total Possible Deductions** | **Total Points Assessed** |
| | **50** | **-33** | |