# EXHIBIT 5

**DRAFT**
**REPEAL & REPLACE**
AS INTRODUCED BY COUNCILMAN ROBINSON

ORDINANCE NO._____

**MARIJUANA ESTABLISHMENTS**

AN ORDINANCE TO REPEAL CHAPTERS 11, __ (AS ADOPTED ON OCTOBER 6, 2020), AND __ (AS ADOPTED ON JUNE 29, 2023) OF THE CODE OF THE CITY OF MENOMINEE BY REPEALING CHAPTERS 11, __ (AS ADOPTED ON OCTOBER 6, 2020, AND __ (AS ADOPTED ON JUNE 29, 2023) AND BY ADDING A NEW CHAPTER __ MARIJUANA ESTABLISHMENTS AND ADDING $15,000 IN APPROPRIATIONS FOR THE CURRENT FISCAL YEAR TO THE CITY OF MENOMINEE POLICE DEPARTMENT FOR ENFORCEMENT ACTIVITIES CONSISTENT WITH AND OTHERWISE PURSUANT TO MCL 333.27956(4) and MCL 333.27205(2).

The city of Menominee hereby ordains:

Section 1. That Chapter 11, Chapter __ (as adopted on October 6, 2020), and Chapter __ (as adopted on June 29, 2023) of the Code of the City of Menominee be repealed.

Section 2. That a new Chapter __ be added to the Code of the City of Menominee to read as follows.

**[Chapter ___/Sec. 01.] LEGISLATIVE INTENT AND DEFINITIONS**

The city finds that it is in the public interest to allow the permitting of state-licensed marijuana facilities and marijuana establishments to the extent they are permitted under the Michigan Medical Marijuana Facilities licensing Act and the Michigan Regulation and Taxation of Marijuana Act. The city does not intend that permitting and regulation under this chapter be construed as a finding that such facilities comply with any law. By requiring a permit and compliance with the requirements of this chapter, the city intends to protect public health, safety, and welfare.

Words and phrases contained in the Michigan Medical Marijuana Facilities Licensing Act, MCL 333.27101 et seq., the Medical Marijuana Act, MCL 333.26421 et seq., the Michigan Regulation and Taxation of Marijuana Act, MCL 333.27951 et seq. (collectively hereafter, the "Act"), and the rules or emergency rules promulgated pursuant to any of these acts, shall have the same meanings in this chapter.

For purposes of the requirements for obtaining a permit under this chapter, the terms "facility" and "marijuana facility" are intended to include both a "marijuana facility" as defined in the MMFLA and a "marijuana establishment" as defined in the MRTMA.

"City" shall mean the City of Menominee

"City Council" shall mean the City of Menominee City Council.

"City Clerk" shall mean the City of Menominee Clerk.

"City Manager" shall mean the City Manager of the City of Menominee or the City Manager's designee.

DRAFT
REPEAL & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

"Designated consumption establishment" means a commercial space licensed by the state to permit adults 21 years of age and older to consume marijuana products at the location indicated in the license.

"Facility" means a "marijuana facility" as defined in the MMFLA and a "marijuana establishment" as defined in the MRTMA.

"Grower" means a person who cultivates and sells marijuana to other facilities, as permitted by the MMFLA and the MRTMA, which includes all of the following:

   Class A grower, which is a maximum of 500 plants under the MMFLA and 100 plants under the MRTMA.

   Class B grower, which is a maximum of 1,000 plants under the MMFLA and 500 plants under the MRTMA.

   Class C grower, which is a maximum of 1,500 plants under the MMFLA and 2,000 plants under the MRTMA.

"LARA" shall mean the Michigan Department of Licensing and Regulatory Affairs.

"Marijuana" means marijuana as defined in the MMFLA and as defined in the MRTMA.

"Marijuana event organizer" means a person licensed to apply for a temporary marijuana event license under these rules.

"Medical Marijuana Facilities Licensing Act or MMFLA" means the Michigan Medical Marijuana Facilities Licensing Act MCL 333.27101 et seq., and the rules or emergency rules promulgated pursuant to the MMFLA.

"Michigan Medical Marijuana Act or MMMA" means the Michigan Medical Marijuana Act, MCL 333.26421et seq., and the rules or emergency rules promulgated pursuant to the MMMA.

"Michigan Regulation and Taxation of Marijuana Act or MRTMA" means the Michigan Regulation and Taxation of Marijuana Act, MCL 333.27951 et seq., and the rules or emergency rules promulgated pursuant to the MRTMA.

"Marijuana microbusiness" means a business that cultivates not more than 150 plants; processes and packages it; and sells it to individuals who are 21 years of age or older or to a safety compliance facility but not to other businesses.

"Permittee means a person holding a city permit under this chapter.

"Person" means the entities included in the definition of "person" in the MMFLA and the MRTMA.

"Processor" means a person who operates as a "processor" as defined in the MMFLA or a "marijuana processor" as defined in the MRTMA or as both at the same location under common ownership.

"Provisioning center/retailer" means a person who operates as a "'provisioning center" as defined in the MMFLA or as a "marijuana retailer" as defined in the MRTMA or as both at the same location under common ownership.

DRAFT
REPEAL & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

"Safety compliance facility" means a person who operates as a "safety compliance facility" as defined in the MMFLA or a "marijuana safety compliance facility" as defined in the MRTMA or as both at the same location under common ownership.

"Secure transporter" means a person who operates as a "secure transporter" as defined in the MMFLA or a "marijuana secure transporter" as defined in the MRTMA or as both at the same location under common ownership.

"State license" means a valid state operating license issued under the MMFLA or a valid state license issued under the MRTMA or both.

"Temporary marijuana event" means a license held by a marijuana event organizer for an event where the onsite sale or consumption of marijuana products, or both, are authorized at the location indicated on the state license during the dates indicated on the state license.

"Zoning Ordinance· means the City of Menominee Zoning Ordinance.

**[Chapter _/Sec. 02.) AUTHORIZATION OF MARIJUANA ESTABLISHMENTS AND FEE**

A       The City hereby authorizes, subject to the issuance of a municipal license by the City Clerk, the following marijuana establishments within the boundaries of the City, as are authorized pursuant to the Michigan Medical Marijuana Facilities Licensing Act, MCL 333.27101 et seq., and the rules or emergency rules promulgated pursuant to the MMFLA, and the Michigan Regulation and Taxation of Marijuana Act, MCL 333.27951 et seq., and the rules or emergency rules promulgated pursuant to the MRTMA.

B.      The marijuana establishments and the number authorized pursuant to this Ordinance are:

Grower permits

MMFLA ………………… Unlimited

MRTMA ………………… Unlimited

Processor permits

MMFLA ………………… Unlimited

MRTMA ………………… Unlimited

Secure transporter permits ……………… Unlimited

Sales

Provisioning center ………………… Unlimited

Retailer ………………… Unlimited

Safety compliance facility permits………… Unlimited

Marijuana microbusiness permits ……… 0

DRAFT
REPEAL & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

Designated consumption
establishment permits   .................... 0

Marijuana event organizer .................. 0

**[Chapter _/Sec. 03) APPLICATION REQUIREMENTS AND PROCEDURE FOR ISSUING MUNICIPAL LICENSE**

A.      No person shall operate a marijuana establishment in the City without a valid municipal license issued by the City pursuant to the provisions of this ordinance.

8.      If the marijuana establishment is to be located in an area that requires a Special Use Permit, no person shall be issued a municipal license by the City without first having obtained from the City of Menominee Planning Commission a Special Use Permit authorizing the operation of the establishment pursuant to the City of Menominee Zoning Ordinance.

C.      No person who is a member of the Menominee City Council or a person who is employed by the City, shall be licensed to own or operate a Marijuana Establishment.

D.      Every applicant for a municipal license to operate a marijuana establishment shall file an application in the City Clerk's office upon a form approved by the City which may be amended by the City from time to time. The application shall include:

        1.      The appropriate nonrefundable municipal license application fee and initial year annual Marijuana establishment fee in the amounts determined by the City from time to time;

        2.      If the applicant is an individual, the applicant's name; date of birth; Social Security number; physical address, including residential and any business address; copy of government-issued photo identification; email address; one or more phone numbers, and emergency contact information;

        3.      If the applicant is not an individual, the names; dates of birth; physical addresses, including residential and any business address; copies of government-issued photo identifications; email addresses; and one or more phone numbers of each Stakeholder of the applicant, including the designation of the highest ranking representative as an emergency contact person; contact information for the emergency contact person; articles of incorporation or organization; assumed name registration; Internal Revenue Service EIN confirmation letter; copy of the operating agreement of the applicant, if a limited liability company; copy of the partnership agreement, if a partnership; names and addresses of the beneficiaries, if a trust, or a copy of the bylaws or shareholder agreement, if a corporation;

        4.      The name and address of the proposed marijuana establishment location;

        5.      A copy of the Special Use Permit issued by the City of Menominee Planning Commission if the Zoning of the proposed location requires a special use permit;

        6.      A location area map of the marijuana establishment and surrounding area that identifies the relative locations and the distances (closest property line to the subject marijuana establishment's building) to the closest real property comprising a public or private elementary, vocational, or secondary school, and/or state licensed recovery or rehabilitation center;

DRAFT
REPEAL & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

7.      A signed acknowledgment that the applicant is aware and understands that all matters related to marijuana growing, cultivation, possession, testing, safety compliance, and transporting, are currently subject to state and federal laws, rules, and regulations and that the approval or granting of a license hereunder does not exonerate or exculpate the applicant from abiding by the provisions and requirements and penalties associated with those laws, rules, and regulations, or exposure to any penalties associated therewith; and further, the applicant waives and forever releases any claim, demand, action, legal redress, or recourse against the City, Its elected and appointed officials, and its employees and agents for any claims, damages, liabilities, causes of action, damages, or attorney fees that the applicant may incur as a result of the violation by the applicant, its Stakeholders and agents of those laws, rules, and regulations.

**[Chapter __/Sec. 04]   MINIMUM   OPERATIONAL   STANDARDS   FOR   ALL   MARIJUANA ESTABLISHMENTS WITHIN THE CITY OF MENOMINEE**

The following minimum standards shall apply to all Marijuana Establishments within the City:

A.      Marijuana Establishments shall comply at all times and in all circumstances with the Act, applicable Michigan law, and the general rules of the Department of Licensing and Regulatory Affairs, as they may be amended from time to time. It is the responsibility of the owner to be aware of changes in the Act. The City bears no responsibility for the failure of the owner to be unaware of changes in the Act.

B.      Consumption and/or use of marijuana shall be prohibited at the establishment.

C.      The establishment shall be open, during regular business hours, to any representative of LARA, state police officer, City of Menominee Police Officer, or other officials of the City of Menominee, and said individual(s) may enter the premises, offices, Establishments, or other places of business of a Licensee, for the following purposes:

      1.      To inspect and examine all premises of Marijuana Establishments;

      2.      To inspect, examine, and audit relevant records of the Licensee and, if the Licensee or any employee fails to cooperate with an investigation, impound, seize, assume physical control of, or summarily remove from the premises all books, ledgers, documents, writings, photocopies, correspondence, records, and videotapes, including electronically stored records, money receptacles, or equipment in which the records are stored; and

      3.      To investigate alleged violations of the Act, this ordinance, and applicable Michigan law.

D.      The marijuana establishment shall be continuously monitored with a surveillance system that includes security cameras. The video recordings shall be maintained in a secure, offsite location for a period of thirty (30) days and be available upon request of the City of Menominee Police Department.

E.      The marijuana establishment shall secure every entrance to the establishment and only permit those individuals described in this Ordinance or the Act access to the premises.

F.      The marijuana establishment shall be maintained and operated so as to comply with all state and local rules, regulations, and ordinances. All Marijuana Establishments shall comply with applicable requirements of the Zoning Ordinance, including obtaining and maintaining a Special Use License.

G.      All marijuana shall be contained within an enclosed, secure area.

DRAFT
**REPEAL & REPLACE**
AS INTRODUCED BY COUNCILMAN ROBINSON

H.      All necessary building, electrical, plumbing, and mechanical permits shall be obtained for any portion of the structure in which electrical wiring, lighting, and/or watering devices that support the Grower, growing or harvesting of marijuana are located and occupancy shall be contingent upon the issuance of a final occupancy permit.

I.      All persons working in direct contact with marijuana shall conform to acceptable hygienic practices while on duty.

J.      Odor from operations shall be controlled as provided in the Zoning Ordinance and as may be required under the Special Use License issued to the Licensee.

**[Chapter__/Sec. 05] MINIMUM OPERATIONAL STANDARDS FOR MARIJUANA GROWER ESTABLISHMENTS**

The following minimum standards for Grower Establishments shall apply.

A.      Grower Establishments shall maintain a log book and/or database indicating the number of Marijuana Plants therein.

B.      A Stakeholder in a Grower Establishment shall not hold an ownership interest, directly or indirectly, in more than two (2) Marijuana Grower Establishments.

C.      The establishment shall be subject to inspection by the City of Menominee Fire Department, City of Menominee Building Inspector, City of Menominee Code Enforcement Officer, and City of Menominee Police Department, to ensure compliance with all applicable statutes, codes and ordinances.

D.      Multiple Grower Establishment Licenses in a single location shall be permitted, subject to approval of the same by the City Clerk.

**[Chapter__/Sec. 06] MINIMUM OPERATIONAL STANDARDS FOR SAFETY COMPLIANCE ESTABLISHMENTS**

The following minimum standards for Safety Compliance Establishments shall apply.

A.      Safety Compliance Establishments shall maintain a log book and/or database which complies with the Act or applicable Michigan law.

B.      There shall be no other accessory uses permitted within the same establishment other than those associated with testing marijuana.

C.      A Stakeholder in a Safety Compliance Establishment shall not hold an ownership interest, directly or indirectly, in a Grower, Processor, Retailer or Microbusiness Establishment.

**[Chapter__/Sec. 07] MINIMUM OPERATIONAL STANDARDS OF MARIJUANA PROCESSOR ESTABLISHMENTS**

The following minimum standards for Processor Establishments shall apply.

A.      All Activity related to the Processor Establishment shall occur indoors.

DRAFT
REPEAL & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

B.      Processor Establishments shall maintain a log book and/or database which complies with the Act or other applicable state laws.

C.      All marijuana shall be tagged as required by the Act or applicable state laws.

D.      That structure shall be subject to inspection at any time by the City of Menominee Fire Department to ensure compliance with all applicable statutes, codes and ordinances.

E.      Processor Establishments shall produce no products other than useable marijuana intended for human consumption.

**[Chapter__/Sec. 08] MINIMUM OPERATIONAL STANDARDS FOR SECURE TRANSPORTER ESTABLISHMENTS**

The following minimum standards for Secure Transporter Establishments shall apply.

A.      Secure Transporters and each Secure Transporter Stakeholder shall not hold an ownership interest, directly or indirectly, in a Grower, Processor, Retailer or Microbusiness Establishment.

B.      A Secure Transporter shall enter all transactions, current inventory, and other information as required by the state into the statewide monitoring system.

C.      A Secure Transporter shall comply with all of the following:

　　　　1.      Each driver transporting marijuana shall have a chauffeur's license issued by the state;

　　　　2.      Each employee who has custody of marijuana or money that is related to a marijuana transaction shall not have been convicted of delivery of a controlled substance;

　　　　3.      Each vehicle shall be operated with a two-person crew with at least one individual remaining with the vehicle at all times during the transportation of marijuana;

　　　　4.      The marijuana shall be transported by one or more sealed containers and shall not be accessible while in transit; and

　　　　5.      A secure transporting vehicle shall not bear markings or other indication that it is carrying marijuana or a marijuana infused product.

D.      A vehicle used by a Secure Transporter is subject to administrative inspection by a law enforcement officer at any point during the transportation of marijuana to determine compliance with all state and local laws, rules, regulations and ordinances.

**[Chapter__/Sec. 09] MINIMUM OPERATIONAL STANDARDS FOR MARIJUANA PROVISIONING CENTERS AND RETAILERS**

The following minimum standards for Marijuana Provisioning Centers and Retailers shall apply.

A.      The Establishment shall not sell edible marijuana-infused candy in shapes or packages that are attractive to children or that are easily confused with commercially sold candy that does not contain marijuana.

DRAFT
REPEAT & REPLACE
AS INTRODUCED BY COUNCILMAN ROBINSON

B.      The Establishment shall not sell or otherwise transfer marijuana that is not contained in an opaque, resealable, child-resistant package designed to be significantly difficult for children under 5 years of age to open and not difficult for normal adults to use property as defined by 16 C.F.R. 1700.20 (1995}, unless the marijuana is transferred for consumption on the premises where sold.

C.      Marijuana Retailers and their agents shall ensure that all purchasers of marijuana are over 21 years of age.

D.      Marijuana Provisioning Centers and their agents shall ensure that all purchases of marijuana are by persons who are issued and possess a valid card issued under the rules governing the Michigan Medical Marijuana Program. If a Provisioning Center is located in the same building as a Marijuana Retailer, access to the Marijuana Retailer area of the building must be strictly limited to persons who are over 21 years of age.

**[Chapter__/Sec. 10] LOCATION OF GROWER ESTABLISHMENT, SAFETY COMPLIANCE ESTABLISHMENT, PROCESSOR ESTABLISHMENT, AND SECURE TRANSPORTER ESTABLISHMENT**

A.      All Grower Establishments, Safety Compliance Establishments, Processor Establishments, Microbusiness Establishments, and Secure Transporter Establishments shall only operate and be located within the permitted areas as provided for in the Zoning Ordinance.

B.      Multiple Establishment Licenses at a single location shall be permitted subject to the review and approval by the City Clerk and subject to the requirements of the state of Michigan.

**[Chapter__/Sec. 11) DENIAL AND REVOCATION**

A.      A License issued under this Ordinance may be revoked if the City Manager determines that grounds for revocation under this Ordinance exist. The City shall place the Licensee on notice of the time and place of a hearing and the grounds for revocation at least five days prior to the date of the hearing, by first class mail to the address given on the license application; a licensee whose license is the subject of such hearing may present evidence and/or call witnesses at the hearing.

B.  Subject to the notice and hearing provisions in this section, a License applied for or issued under this Ordinance may be denied or revoked on any of the following basis:

        1.      Any violation of this Ordinance;

        2.      Any conviction of delivery of a controlled substance to a minor;

        3.      City Manager finding of fraud, misrepresentation, or the making of a false material statement by the Applicant or any stakeholder of the Applicant while engaging in any Activity for which this Ordinance requires a License or in connection with the Application for a License or request to renew a License;

        4.      Sufficient evidence that the licensee lacks, or has failed to demonstrate, the requisite professionalism and/or business experience required to assure strict adherence to this ordinance, and the rules and regulations governing the Act;

DRAFT
**REPEAL & REPLACE**
AS INTRODUCED BY COUNCILMAN ROBINSON

5.      The license holder or any of its Stakeholders is in default to the City personally or in connection with any business in which they hold an ownership interest, for failure to pay property taxes, special assessments, fines, fees, or other financial obligation;

6.      The marijuana establishment is determined by the City to have become a public nuisance;

7.      The Michigan Cannabis Regulatory Agency of the Michigan Department of Licensing and Regulatory Affairs has denied, revoked, or suspended the applicant's state operating license.

C.      Should the City revoke a license, the Licensee shall have fourteen (14) days from the mailing of the written notice of revocation to appeal the decision to an appeal panel comprised of the City Manager, Chief of Police, and Building Inspector. The appeal panel may require additional information or Act upon the appeal based on the information supplied to the appeal panel. Should the appeal panel reverse the decision of the City Manager, the Licensee's license shall be automatically reinstated. Should the appeal panel affirm the decision of the City Manager, the City shall send, by first class mail, written notice affirming the decision to the address for the Licensee contained in the City Clerk's records.

D.      Should the appeal panel affirm the denial, revocation, or suspension of a License by the City Manager, the Licensee shall have fourteen (14) days from the mailing of the decision to appeal the decision to the City Council by filing with the City Clerk a written notice of appeal. The City Council shall hear the appeal at its next regularly scheduled meeting, but no sooner than 7 days from the receipt of the appeal.

E. A Licensee that is placed on notice that the City is considering revocation of the Licensee's license may continue to operate its Marijuana Establishment until the Licensee's hearing rights are concluded and the City Council renders its decision following an appeal under Section 12 D herein. Provided, however, that

if the Licensee's license is suspended or revoked by the Michigan Cannabis Regulatory Agency, the Licensee's City issued license will automatically be suspended or revoked.

**[Chapter_/Sec. 12] LICENSE RENEWAL**

A.      A License shall be valid for one year from the date of issuance, unless revoked as provided by law, including this Ordinance.

B.      A valid License may be renewed on an annual basis by submitting a renewal application upon a form provided by the City and payment of the annual license fee. Applications to renew a License shall be filed with the City Clerk at least thirty (30) days prior to the date of its expiration. As long as no changes to the Licensee have occurred and there is no pending request to revoke or suspend a License, and the Licensee has paid the License Renewal Fee, the City Clerk shall renew the License.

**[Chapter _/Sec. 13] UNLAWFUL ACTIVITIES**

Any act which is a violation of either the MMFLA or the MRTMA, or any amendment thereto, shall also be considered a violation of this Ordinance. It shall be unlawful to consume marijuana in a public place in the City of Menominee.

**[Chapter _/Sec. 14] APPLICABILITY**

The provisions of this Ordinance shall be applicable to all persons and Establishments described herein, including if the operations or Activities associated with a marijuana establishment were established without authorization before the effective date of this ordinance.

DRAFT
**REPEAL & REPLACE**
AS INTRODUCED BY COUNCILMAN ROBINSON

**[Chapter __/Sec. 15] PENALTIES AND ENFORCEMENT**

A.      Any person who violates any of the provisions of this Ordinance shall be responsible for a municipal civil infraction and subject to the payment of a civil fine of $500, plus costs, except that a violation of MCL 333.12603 (1) by consuming marijuana in a public place is a civil infraction and subject to the payment of a civil fine of up to $100. Each day a violation of this Ordinance continues to exist constitutes a separate violation. A violator of this Ordinance shall also be subject to such additional sanctions, remedies and judicial orders as are authorized under Michigan law.

B.      A violation of this Ordinance is deemed to be a nuisance per se. In addition to any other remedy available at law, the City may bring an Action for an injunction or other process against a Licensee to restrain, prevent, or abate any violation of this Ordinance.

C.      This Ordinance may be enforced and administered by the City Clerk, any City of Menominee Police Officer, City Manager, or such other city official as may be designated from time to time by resolution of the City Council.

**[Chapter __/Sec. 16] APPROPRIATIONS FOR CITY OF MENOMINEE POLICE DEPARTMENT**

A.      Pursuant to Section 2.10 and 5.04(a) of the City of Menominee Charter, and provision of the budget as adopted by the City Council, $15,000.00 shall be appropriated for this current fiscal year to the City of Menominee Police Department for enforcement activities consistent with and otherwise pursuant to MCL 333.27956(4) and MCL 333.27205(2).
B.      The amount appropriated in subsection A shall be taken from revenues the city receives from municipal license application fees, license fees, and license renewal fees.
C.      The City Manager shall certify that there are funds available for appropriation of revenues in excess of those estimated in the budget due to municipal license application fees, license fees, and license renewal fees.

**[Chapter __/Sec. 17] SEVERABILITY**

In the event that any one or more sections, provisions, phrases...or words of this Ordinance shall be found to be invalid by a court of competent jurisdiction, such holding shall not affect the validity or the enforceability of the remaining sections, provisions, phrases or words of this Ordinance. In the event that amendments are enacted to MRTMA, MMFLA, or the administrative rules governing marijuana establishments, affect one or more sections, provisions, phrases, or words of this Ordinance, such amendment shall not affect the validity or the enforceability of the remaining sections, provisions, phrases or words of this Ordinance.