Case 2:23-cv-00161-RJJ-MV   ECF No. 5,   PageID.127   Filed 08/23/23   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

First Property Holdings, LLC et al.
    Plaintiff(s),

Case No. 2:23-cv-00161-RJJ-MV
Hon. Robert J. Jonker

v.

City of Menominee, et al.
    Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, **The Fire Station, LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes  ☒ No

2. Does party have any parent corporations? ☐ Yes  ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes  ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes  ☒ No
   If yes, identify entity and nature of interest:

Date: August 23, 2023

/s/ James A. Martone
(Signature)

Dickinson Wright, PLLC
James A. Martone (P77601)
2600 W. Big Beaver Rd., Ste. 300
Troy, MI 48084  248-433-7200