AO 440 (Rev. 01/...) Case 2:23-cv-00161-RJJ-MV ECF No. 4, PageID.122 Filed 08/23/23 Page 2 of 6

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

FIRST PROPERTY HOLDINGS, LLC
d/b/a RIZE, a Michigan limited liability
company, and THE FIRE STATION, LLC,
a Michigan limited liability company,

v.

CITY OF MENOMINEE, et al

Case No. 2:23-cv-00161
Hon. Robert J. Jonker

TO: HIGHWIRE FARMS, LLC
ADDRESS: 840 South Main Street
Adrian, MI 49221

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Michael Cox (P43039)
The Mike Cox Law Firm, PLLC
17430 Laurel Park Drive North
Livonia, MI 48152

CLERK OF COURT



8/23/2023

By Deputy Clerk / Date

### PROOF OF SERVICE

This summons for __HIGHWIRE FARMS, LLC__ was received by me on __8-28-2023__

☑ I personally served the summons on the individual at __DESTINY BURNS, MANAGER, 840 S. MAIN ST., ADRIAN, MI 49221__ on __9-22-2023__

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __9-22-2023__

_Aaron Marlow_ (signature)

AARON MARLOW

Additional information regarding attempted service, etc.: