UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

First Property Holdings, et al

    Plaintiff(s),

Case No. 23-cv-00161

v.

Hon. Robert J. Jonker

City of Menominee, et al

    Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

Rocky North, LLC
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 11/02/2023

s/ Brian E. Etzel
(Signature)