IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FIRST PROPERTY HOLDINGS, LLC
d/b/a RIZE, et al

    Plaintiffs,

-vs-                                           Case No: 2:23cv161
                                             Honorable Robert J. Jonker

CITY OF MENOMINEE, et al

    Defendants.
_____

## **DEFENDANT CITY OF MENOMINEE'S MOTION FOR STAY OF PROCEEDINGS**

Defendant City of Menominee respectfully requests this Honorable Court enter an order granting an indefinite stay of proceedings as federal abstention is warranted under the *Colorado River*, *Younger*, and *Burford* abstention doctrines. This motion is based on the Brief in Support filed with the motion and the legal authorities and arguments in the Brief in Support.

                                                                       Respectfully submitted,

DATED: November 22, 2023            PLUNKETT COONEY

                                                        BY: */s/ Charles L. Bogren*
                                                                    Charles L. Bogren (P82824)
                                                                    Michael S. Bogren (P34835)
                                                                    Attorneys for Defendant Menominee
                                                                    333 Bridge Street, N.W., Suite 530
                                                                    Grand Rapids, Michigan 49503
                                                                    **Direct Dial: 616-752-4600**
                                                                    **cbogren@plunkettcooney.com**
                                                                    mbogren@plunkettcooney.com

2

Open.00560.33108.32190244-1