UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FIRST PROPERTY HOLDINGS, LLC
d/b/a RIZE, *et al.*,

        Plaintiffs,

v

        Case No. 23-cv-00161
        Hon. Robert J. Jonker

CITY OF MENOMINEE, *et al.*

        Defendants,

## JOINT STATUS REPORT

The Parties to the above-captioned matter, through their respective counsel, submit the following for their Joint Status Report pursuant to Fed. R. Civ. P. 16 and the Court's January 31, 2024, Order (ECF No. 43) staying the present action pending further proceedings in state court ("[t]he parties shall file a status report with the Court on April 30, 2024, and continuing every ninety-day period thereafter, setting out the status of related state court proceedings"):

1. <u>Status of related state court proceedings</u>: On October 11, 2024, in the Menominee County Circuit Court Case No. 23-17544-CH, Judge Mary B. Barglind issued a final Order that dismissed all remaining claims in the state court proceedings. Appeals were filed by First Property Holdings, LLC d/b/a RIZE (COA #373084), The Fire Station, LLC (COA #373140), and Adam

Michaud and the Committee to Stop Unlimited Marijuana Shops (COA #373144). Higher Love, LLC and Attitude Wellness, LLC, d/b/a Lume filed cross-appeals. The appeals have been consolidated. On July 6 and 7, 2025, the four appellants filed Motions to Extend Time to file their appellant briefs. The briefs for First Property Holdings (COA #373084) and The Fire Station (COA #373140) are now due on August 4, 2025, while the brief for Adam Michaud (COA #373144) is now due on September 2, 2025.

    a. <u>Remaining Claims.</u> Pursuant to recent court rulings, there are no remaining claims.

Dated: August 4, 2025　　　　　　　　Respectfully submitted,

                                      /s/ *John R. Turner*
                                      John R. Turner (P38563)
                                      John R. Turner PLC
                                      *Attorney for Plaintiff RIZE*
                                      321 East Lake Street, PO Box 2396
                                      Petoskey, MI 49770
                                      (231) 348-4500
                                      jrtlaw@umich.edu

                                      /s/*James A. Martone* (w/ permission)
                                      James A. Martone (P77601)
                                      Maureen J. Moody (P85032)
                                      Dickinson Wright PLLC
                                      *Attorneys for Plaintiff The Fire Station*
                                      2600 W. Big Beaver Rd., Ste. 300
                                      Troy, MI 48084
                                      (248) 433-7200
                                      jmartone@dickinsonwright.com
                                      mmoody@dickinsonwright.com

/s/ *Charles L. Bogren* (w/ permission)
Charles L. Bogren (P82824)
Michael S. Bogren (P34835)
James W. Lamb (P84657)
Plunket Cooney
*Attorneys for Defendant Menominee*
333 Bridge St., N.W., Ste. 530
Grand Rapids, MI 49503
(616) 752-4600
cbogren@plunkettcooney.com
mbogren@plunkettcooney.com
jlamb@plunkettcooney.com

/s/ *Joslin Monahan* (w/ permission)
Joslin Monahan (P77362)
Emily Palacios (P64941)
Miller Johnson
*Attorneys for Defendants OI and Higher Love*
45 Ottawa Avenue SW Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
monahanj@millerjohnson.com
palaciose@millerjohnson.com

/s/ *Nicholas J. Tatro* (w/ permission)
Nicholas J. Tatro (P79146)
Foley, Baron, Metzger & Juip, PLLC
*Attorneys for Defendant Highwire Farms*
38777 Six Mile Rd., Ste. 300
Livonia, MI 48152
(734) 742-1855
ntatro@fbmjlaw.com

/s/ *Jeremy Manson* (w/ permission)
Jeremy Manson (P 76920)
Brian E. Etzel (P54905)
Williams, Williams, Rattner & Plunkett, P.C.

*Attorneys for Defendant Rocky North, LLC*
380 N. Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
bee@wwrplaw.com
JMManson@wwrplaw.com

/s/ *Steven M. Couch*  (w/ permission)
Denise Pollicella (P55629)
Steven M. Couch (P75833)
Omnus Law
*Attorneys for Defendant NU Group, LLC*
418 N Main, Floor 2
Royal Oak, MI 48067
(888) 560-1696
denisepollicella@omnuslaw.com
stevencouch@omnuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I served a copy of the Joint Status Report upon all counsel of record via the Court e-filing system.

/s/ *John R. Turner*
John R. Turner